OSITA EMMANUEL OKOCHA
ATTORNEY AT LAW
1425 Pearl Street
Far Rockaway, New York 11691
Cell: (646) 279-0737
Tel: (212) 709-8143
Fax: (212) 943-2300
Email: LAWOSSY@aol.com



March 1, 2013

Hon. Judge Paul Engelmayer:
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 18 C
New York, NY 10007-1312

Re: Ogbon v Beneficial Credit Services, Inc., et al
    10-CV-03760 (PAE) (GWG)

Dear Hon. Judge Engelmayer:

Plaintiff respectfully requests additional time to respond to the Summary Judgment motion made by the Defendants, Trans Union and Experian.

Plaintiff's opposition to the motion was supposed to be filed by March 1, 2013. Unfortunately, Counsel recently lost his mother of the blessed memory and the Christian church service is scheduled for tomorrow, March 2, 2013. Therefore, I humbly ask this Honorable Court for a little more time to file Plaintiff's opposition to the motion and would preferably ask the court up-till March 11, 2013 with similar time extended to the Defendants. I have already sought the permission of the Defendants but I am yet to receive their response.

Thank you for your understanding and consideration of this matter.

Very truly yours

/s/ Osita Okocha

Osita Okocha, Esq.

*Granted. The Court extends its condolences. Plaintiff's opposition is now due March 11, 2013. The defense's reply is now due March 25, 2013.*

Service by ECF

3/4/13

SO ORDERED:

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE